UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NADRA O'KEEFE, individually )
and as special administrator to )
ROBERT O'KEEFE, )
) 06-1308
Plaintiff, )
)
v. )
)
AGA GAS, INC., *et al.*, )
)
Defendants. )

ORDER

     This case was filed in December 2006. In March 2007, it was transferred to the United States District Court, Eastern District of Pennsylvania, and consolidated for pretrial purposes with MDL No. 875. The case was remanded to this court on May 8, 2014. While pending in the Eastern District of Pennsylvania, numerous parties and attorneys were added or terminated. Many of those changes are not reflected on this court's docket sheet.

     The plaintiff was ordered to file a status report identifying the remaining defendants in the case and briefing the court on the current status of the case. The plaintiff has now done so.[1]

     On April 23, 2014, Judge Eduardo C. Robreno entered a suggestion of remand, granting the parties seven days to oppose the remand. That deadline passed without opposition. The case was then remanded to this court. Paragraph g.) of Judge Robreno's suggestion of remand [d/e 70-1] specified,

     g.) According to Plaintiff, the remaining viable defendants for trial are:

          i.     Foseco Inc.
          ii.    General Refractories Company
          iii.   Metropolitan Life Insurance Company

---

[1] Plaintiff's counsel served a copy of the status report to defendants who are CM/ECF participants. Not all defendants were CM/ECF participants, and the certificate of service does not indicate whether they were served by another method. A quick review of this court's docket indicates that there was no entry of appearance for two of the four active defendants remaining in this case. The clerk is directed to amend the docket consistent with this order, and thereafter to reissue the status report and attachments [72] after the docket is updated.

iv.   Owens-Illinois Inc.

The following **additional** defendants are reflected on this court's docket as active defendants:

AGA Gas, Inc.; Allied Crane, Inc.; American Optical Co.; Crown Cork & Seal, Inc.; Cutler-Hammer, Inc.; Foster Wheeler Corp.; Foster Wheeler Energy Corp.; Garlock, Inc.; En Pro Industries, Inc.; Guard Line, Inc.; General Electric Co.; Halliburton; Hobart Brother Co.; Koppers Industrial; Mallinckrodt Group; Miller Electric Manufacturing Co.; Rapid American; Union Carbide Corp.; and CBS Corp., as successor to Westinghouse Electric Co., also known as Viacom, Inc., also known as CBS Corporation.

In view of the above, **the court terminates defendants AGA Gas, Inc.; Allied Crane, Inc.; American Optical Co.; Crown Cork & Seal, Inc.; Cutler-Hammer, Inc.; Foster Wheeler Corp.; Foster Wheeler Energy Corp.; Garlock, Inc.; En Pro Industries, Inc.; Guard Line, Inc.; General Electric Co.; Halliburton; Hobart Brother Co.; Koppers Industrial; Mallinckrodt Group; Miller Electric Manufacturing Co.; Rapid American; Union Carbide Corp.; and CBS Corp., as successor to Westinghouse Electric Co., also known as Viacom, Inc., also known as CBS Corporation** from this case.

The sole defendants remaining in this case are Foseco Inc., General Refractories Company, Metropolitan Life Insurance Company, and Owens-Illinois Inc. The clerk is directed to amend the docket accordingly.

**Foseco Inc.** is listed on this court's docket without an appearance of counsel. The clerk is directed to add **George A. Kiser, Esq., and Michael T. Antikainen, Esq.,** consistent with the MDL docket sheet.

**General Refractories Company** is also listed on this court's docket without an appearance of counsel. The court has reason to believe that Ms. Yadgaroff, who is the sole attorney listed on the MDL docket sheet, no longer represents General Refractories. **The clerk is directed to mail a copy of this order to General Refractories Co., Attn: Legal Department, 1 Bala Avenue, Bala Cynwyd, PA 19004. General Refractories Co. shall file a current entry of appearance as soon as practicable.**

Certain attorneys have appeared in the MDL case for defendant **Owens-Illinois Inc.,** but are not reflected on this court's docket sheet. **The clerk is directed to add the following Owens-Illinois Inc. attorneys to this court's docket sheet: David M. Setter, Esq., Jennifer Marie Studebaker, Esq., Joshua D. Lee, Esq., and Robert H. Riley, Esq.**

The clerk is further directed to add **Shehzad Hasan, Esq.,** as counsel of record for **Metropolitan Life Insurance Company**, and to terminate **Jason B. Small, Esq.**, as counsel of

record, consistent with the MDL docket sheet.

      Any of the above-listed attorneys who have not yet been admitted to practice before this court and/or completed their registration for electronic filing in this court shall do so within 30 days of the date of this order.

      Entered this 5th day of June, 2014.

                                        **s/Harold A. Baker**
                              _____
                                    HAROLD A. BAKER
                             UNITED STATES DISTRICT JUDGE