E-FILED
Friday, 20 June, 2014  02:45:13 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NADRA O'KEEFE, individually and as special administrator to Robert O'Keefe, | ) ) ) | |
| Plaintiff, | ) | 06-1308 |
| v. | ) ) | |
| AGA GAS, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

1. The MDL transferee court recently remanded the above-captioned case to this court for trial.

2. The <u>plaintiff</u> shall file, within fourteen days of the date of this order, a joint proposed plan to complete limited discovery.  The proposed plan shall take into account the dates and deadlines shown below.

3. No dispositive motions shall be filed unless the MDL transferee court explicitly granted leave for such motions to be filed or refiled with this court.  If leave was granted to do so, dispositive motions shall be filed ninety days prior to the final pretrial conference.  Responses and replies shall be filed in accordance with this court's Local Rules.

4. The <u>plaintiff</u> shall file a joint proposed pretrial order no later than March 3, 2015.

5. A final pretrial conference is scheduled for March 10, 2015, at 1:30 p.m. by personal appearance.

6. Jury selection and jury trial are scheduled to begin on March 16, 2015, at 9:00 a.m.

ENTER this 20th day of June, 2014.

**s/Harold A. Baker**
_____
Harold A. Baker
United States District Judge