UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NADRA O'KEEFE, individually and as Special Administrator to Robert O'Keefe, </br></br>  Plaintiff,</br> vs.</br></br>FOSECO, INC., a corporation; GENERAL REFRACTORIES, CO., a corporation; OWENS ILLINOIS, INC., a corporation, and METROPOLITAN LIFE INSURANCE, a corporation,</br></br>  Defendants. | Case No. 06-CV-1308 |

## CASE MANAGEMENT ORDER

The parties have submitted a proposed pretrial schedule (#82). The court adopts the plan, amending paragraphs 4, 6, 7 and 8, and adding paragraph 9, as follows:

4. *Daubert* and *in limine* motions must be filed by November 28, 2014. Responses shall be filed in accordance with the court's Local Rules. No replies will be allowed.

6. A joint proposed pretrial order is due by February 10, 2015.

7. The final pretrial conference is reset for February 17, 2015 at 1:30 p.m.

8. Jury selection and jury trial are reset to begin on February 23, 2015, at 9:00 a.m.

9. Requests for extensions of these deadlines will be viewed most unfavorably by the court.

ENTER:   July 8, 2014

/s/ Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE