# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

Nadra O'Keefe, individually and as Special Administrator to Robert O'Keefe,

Plaintiff,

vs.

Case Number: 06-cv-1308

AGA Gas, Inc., a corporation; Allied Crane, Inc., a corporation; American Optical Company, a corporation; Crown Cork and Seal Inc., a corporation; Cutler-Hammer, Inc., a corporation; Foseco, Inc., a corporation; Foster Wheeler Corp, a corporation; Foster Wheeler Energy Corp., a corporation; Garlock, Inc., a corporation; En Pro Industries, Inc., as parent corporation to Garlock, Inc.; Guard Line Inc., a corporation; General Electric Company, a corporation; General Refractories Co., a corporation; Halliburton, a corporation; Hobart Brother Company, a corporation; Koppers Industrial, a corporation; Mallinckrodt Group, a corporation; Miller Electric Manufacturing Company, a corporation; Owens Illinois Inc., a corporation; Rapid American, a corporation; Union Carbide Corporation, a corporation; CBS Corp., a corporation as successor to Westinghouse Electric Company, a/k/a Viacom Inc. and a/k/a CBS Corporation; Metropolitan Life Insurance, a corporation;

Defendant.

## JUDGMENT   IN A CIVIL CASE

☒ **DECISION BY THE COURT**.    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to Suggestion of Remand entered 5/8/2014, defendants AGA Gas, Inc.; Allied Crane, Inc.; American Optical Co.; Crown Cork & Seal, Inc.; Cutler-Hammer, Inc.; Foster Wheeler Corp.; Foster Wheeler Energy Corp.; Garlock, Inc.; En Pro Industries, Inc.; Guard Line, Inc.; General Electric Co.; Halliburton; Hobart Brother Co.; Koppers Industrial; Mallinckrodt Group; Miller Electric Manufacturing Co.; Rapid American; Union Carbide Corp.; and CBS Corp., as successor to Westinghouse Electric Co., also known as Viacom, Inc., also known as CBS Corporation were dismissed without prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Order entered 7/18/2014, defendant Metropolitan Life Insurance Company was dismissed with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to plaintiff's Second Amended Motion to Voluntary Dismiss pursuant to Fed. R. Civ. P. 41(a)(2) granted 10/30/2014, defendant General Refractories is dismissed without prejudice, and defendants Foseco Inc and Owens-Illinois are dismissed with prejudice, with each party to bear its own costs.

**Dated:    October 31, 2014**

                                                    s/ Kenneth A. Wells
                                                    Kenneth A. Wells
                                                    Clerk, U.S. District Court